**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MANY WORLDS 2T INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00303-JRG |
| | § | |
| SPOTIFY TECHNOLOGY, S.A., SPOTIFY AB and SPOTIFY USA, INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Defendant Spotify USA, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement (the "Motion"). (Dkt. No. 17). In the Motion, Defendant Spotify USA moves to extend the time for it to move, answer or otherwise respond to Plaintiff's complaint. (*Id*.).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Spotify USA, Inc. to move, answer, or otherwise respond to Plaintiff's Complaint is **extended** up to and including **July 2, 2026**.

**So ORDERED and SIGNED this 28th day of May, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE