**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MANY WORLDS 2T INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY TECHNOLOGY S.A., SPOTIFY AB, AND SPOTIFY USA INC.,<br><br>Defendants. | Case No. 2:26-cv-00303-JRG |

**PLAINTIFF MANY WORLDS 2T INNOVATIONS LLC AND DEFENDANTS SPOTIFY TECHNOLOGY S.A., SPOTIFY AB, AND SPOTIFY USA INC.'S JOINT MOTION FOR LEAVE TO COMPLETE DISCOVERY RELATED TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Many Worlds 2T Innovations LLC ("Plaintiff" or "Many Worlds") and Defendants Spotify Technology S.A., Spotify AB, and Spotify USA Inc. ("Defendants" or "Spotify"; collectively with Plaintiff, the "Parties" and each a "Party") jointly submit this agreed Motion for Leave to Complete Discovery Related to Defendants' Motion to Dismiss Plaintiff's Claims or Transfer Plaintiff's Claims Against Spotify USA Inc. and Spotify AB to the Southern District of New York (Dkt. 26, "Motion to Dismiss/Transfer"), including the issues of venue, personal jurisdiction, and transfer raised therein. The Parties have worked diligently to arrive at a mutually acceptable agreement regarding the scope and time for such discovery.

1. Venue-related discovery shall be completed by October 9, 2026.

2. Plaintiff may serve up to seven (7) interrogatories and ten (10) requests for production concerning facts raised in Defendants' Motion to Dismiss/Transfer. Plaintiff shall serve such discovery requests by no later than August 3, 2026. Defendants shall serve their

responses and objections and document production responsive to Plaintiff's discovery requests by no later than August 28, 2026.

3. Plaintiff may take up to ten (10) hours of Rule 30(b)(1) and Rule 30(b)(6) deposition testimony (inclusive of both 30(b)(1) and 30(b)(6)) concerning facts raised in Defendants' Motion to Dismiss/Transfer. Any specific deposition shall not exceed seven (7) total hours. Plaintiff shall notice any depositions by August 14, 2026, Defendants shall serve any objections by September 4, 2026, and the Parties shall schedule the depositions for mutually agreeable dates between September 9, 2026, and October 9, 2026. Depositions of Defendants or employees thereof shall proceed in New York, New York, or by remote means.

4. Plaintiff shall file its opposition to Defendants' pending Motion to Dismiss/Transfer by October 27, 2026. Defendants shall file their reply by November 10, 2026.

5. Nothing in this Motion shall be deemed a waiver of any Party's objections, including Defendants' objections to venue, personal jurisdiction, or any other arguments and objections raised in Defendants' motion.[1]

6. Any discovery taken pursuant to this stipulation shall be limited to facts relevant to the issues raised in Defendants' pending Motion to Dismiss/Transfer, including whether venue is proper as to Spotify USA Inc. under 28 U.S.C. § 1400(b), whether the Court may exercise personal jurisdiction over Spotify Technology S.A., and the factors governing transfer under 28 U.S.C. § 1404(a), and shall not constitute or be used as general merits discovery on any claim or defense in this action, including infringement, validity, or damages.

---

[1] Defendants maintain that venue in this District is improper under 28 U.S.C. § 1400(b), and that the Court lacks personal jurisdiction over Spotify Technology S.A.

7. Until the Court enters a Protective Order, any discovery produced in this case may be designated and treated as "Confidential – Outside Attorneys' Eyes Only" under the model Protective Order for Patent Cases.[2] Upon entry of a Protective Order in this case, such discovery shall automatically be deemed designated as "Restricted – Attorneys' Eyes Only" unless and until otherwise designated by the producing party.

8. To the extent Plaintiff submits affirmative evidence relating to its own business or other facts that might impact the issues raised in the Motion to Dismiss/Transfer, Defendants may seek reciprocal venue discovery limited to seven (7) interrogatories, ten (10) requests for production, and up to ten (10) hours of Rule 30(b)(1) and Rule 30(b)(6) testimony (inclusive of both 30(b)(1) and 30(b)(6)). Should Defendants request such reciprocal discovery, a reasonable modification of the briefing schedule will be allowed, upon Defendants' request.

A proposed order is concurrently filed herewith.

WHEREFORE, Plaintiff and Defendants respectfully request the Court enter an Order consistent with this joint motion. A proposed order is attached to this Motion.

---

[2] https://www.txed.uscourts.gov/sites/default/files/judgeFiles/KNM_Patent_Protective_Order.pdf

DATED: July 31, 2026.


*/s/ Mark D. Siegmund*
Kevin E. Cadwell, *Lead Attorney*
kcadwell@cadwellthomas.com
Texas Bar No. 24036304
Lisa M. Thomas
lthomas@cadwellthomas.com
Texas Bar No. 24079455
Bradley S. Bowling
bbowling@cadwellthomas.com
Texas Bar No. 24040555
**CADWELL THOMAS LLP**
5373 W. Alabama St., Suite 457
Houston, Texas 77056
Phone: (713) 360-1560
Fax: (940) 233-8587

Gregory P. Love (TX 24013060)
**CHERRY JOHNSON SIEGMUND & JAMES PC**
104 East Houston Street, Suite 115
Marshall, Texas 75670
Tel: (903) 212-4444
glove@cjsjlaw.com

Mark D. Siegmund
Texas Bar No. 24117055
msiegmund@cjsjlaw.com
Shuya "Grace" Yang
Texas Bar No. 24144144
gyang@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND & JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Tel: (254) 732-2242
Fax: (866) 627-3509


Respectfully submitted,


*/s/ Kyle W. Mooney*
Kyle W. Mooney
(*pro hac vice forthcoming*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Email: kmooney@mofo.com

Brian C. Nash
Texas Bar No. 24051103
MORRISON & FOERSTER LLP
300 Colorado, Suite 1800
Austin, Texas 78701
Telephone: (737) 309-0700
Email: bnash@mofo.com

J. Travis Underwood
Texas Bar No. 24013060
GILLAM & SMITH LLP
303 South Washington Avenue
Tyler, Texas 75670
Tel: (903) 934-8450
travis@gillamsmithlaw.com


***Attorneys for Defendants***

Ryan Loveless
Texas Bar No. 24036997
rloveless@cjsjlaw.com
William D. Ellerman
Texas Bar No. 24007151
wellerman@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND & JAMES PC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Tel: (972) 987-0709
Fax: (866) 627-3509

Jack Shaw (admitted in this District)
California Bar No. 309382
jshaw@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND & JAMES PC**
3000 El Camino Real
Four Palo Alto Square, Suite 200
Palo Alto, California 94306
Tel: (254) 732-2242
Fax: (866) 627-3509

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, a true and correct copy of the foregoing document was filed and served on all counsel of record by electronic case filing in accordance with the Federal Rules of Civil Procedure.

*/s/ Mark D. Siegmund*
Mark D. Siegmund