**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MANY WORLDS 2T INNOVATIONS LLC,<br><br>*Plaintiff*,<br>v.<br><br>SPOTIFY TECHNOLOGY, S.A., SPOTIFY AB and SPOTIFY USA, INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00303-JRG |

**ORDER**

Before the Court is the parties' Joint Motion Regarding Defendants' Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). (Dkt. No. 46). In the Motion, Many Worlds 2T Innovations LLC ("Plaintiff") and Spotify Technology, S.A., Spotify AB, and Spotify USA, Inc. ("Defendants"), jointly move to set Defendants' last day to move, answer, or otherwise respond to Plaintiff's Complaint as October 23, 2026. (*Id.* at 2).

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED.** Accordingly, it is **ORDERED** that the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint is extended up to and including **October 23, 2026.**

**So ORDERED and SIGNED this 28th day of August, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE